UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN L. MAUSEN,

Plaintiff,

Case No. 3:26-cv-323

vs.

VANGUARD MARKETING, CORPORATION *et al.*,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendants.

---

**ORDER: (1) OVERRULING *PRO SE* PLAINTIFF'S OBJECTIONS (Doc. No. 5); (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 3); (3) DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION (Doc. No. 1); (4) ORDERING PLAINTIFF TO PAY THE FILING FEE AND ADMINISTRATIVE FEE BY OCTOBER 14, 2026; AND (5) PLACING PLAINTIFF ON NOTICE THAT SHOULD HE NOT PAY THE REQUIRED FEES, HIS CASE MAY BE DISMISSED**

---

Plaintiff, John L. Mausen, brings this case *pro se* under an application to proceed *in forma pauperis* ("IFP") against Defendants Vanguard Marketing Corporation; the State of Ohio Department of Commerce; the Governor of Ohio, Mike DeWine; and the Ohio Senate President, Matt Huffman. Doc. No 1-1. On September 23, 2026, United States Magistrate Judge Gentry issued a Report and Recommendation ("R&R") in which she recommended that the Court deny Plaintiff's IFP application (Doc. No. 1). Doc. No. 3. Plaintiff filed timely objections to the R&R. Doc. No. 5. The matter is now ripe for review.

The Court has reviewed *de novo*, as required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), Plaintiff's objections and all filings in this matter. Liberally construing Plaintiff's *pro se* filings in his favor and accepting his factual allegations as true, the Court finds no merit in Plaintiff's objections. *See Brent v. Wayne Cnty. Dep't of Hum. Servs.*, 901 F.3d 656, 676 (6th Cir. 2018) ("We liberally

construe *pro se* filings"). Judge Gentry's R&R is not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a).

Accordingly, Plaintiff's objections are **OVERRULED**. The R&R is hereby **ADOPTED**. As such, the Court **ORDERS** Plaintiff to pay $405 (the $350 filing fee plus a $55 administrative fee) in full by **October 28, 2026**. Plaintiff is hereby placed **ON NOTICE** that, should he not pay the required fees by **October 28, 2026**, his case may be dismissed. Finally, pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

October 14, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge